AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of       Delaware

JOANN KAYEA,

          **SUMMONS IN A CIVIL CASE**

Plaintiff,

CASE NUMBER: 07-92

v

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, a foreign
insurance company,

Defendant

To: (Name & Address of Defendant)

Prudential Insurance Company of America
c/o Insurance Commissioner of the
State of Delaware
841 Silverlake Boulevard
Dover, DE 19904-2465

pursuant to 18 Del. C. § 524 & 525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William D. Fletcher, Jr.
Bar ID #362
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

an answer to the complaint which is served on you with this summons, with ___20___ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

PETER T. DALLEO                      FEB 20 2007

CLERK                                    DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 2/20/07 |
|---|---|
| NAME OF SERVER (PRINT) Harold K Brode | TITLE Investigator (Schmittinger & Rodriguez) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☒ Other (specify): Served to Lisa Penn, Mailroom Clerk at the Insurance Commissioners Office, Dover, Del 19901

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/20/07
Date

Signature of Server: Harold K Brode

Address of Server: 414 S. State Street, Dover, Del 19901
302/674-5483

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.