**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOANN KAYEA | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
| Defendant. | : | **NO: 07-92 (JJF)** |

**DEFENDANT PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
SELF-EXECUTING DISCLOSURES PURSUANT TO FRCP 26**

Pursuant to the Federal Rule of Civil Procedure 26, Defendant Prudential Insurance

Company of America, ("Prudential") through its attorneys, WILSON, ELSER, MOSKOWITZ,

EDELMAN & DICKER LLP, provides its initial disclosures as follows:

> **A.** **Individuals Likely to Have Information that Defendant May Use To Support
> its Defenses.**

> 1. Tara Johnson, ALHC
> Prudential Insurance Company of America
> 751 Broad Street
> Newark, NJ 07102-3777

> 2. Susan Larsen
> Prudential Insurance Company of America
> 751 Broad Street
> Newark, NJ 07102-3777

> 3. James E. Furman
> Prudential Insurance Company of America
> 751 Broad Street
> Newark, NJ 07102-3777

> 4. Suzanne M. Posey
> Prudential Insurance Company of America
> 751 Broad Street
> Newark, NJ 07102-3777

> 5. Nina Ricci
> Prudential Insurance Company of America
> 751 Broad Street

242862.1

Newark, NJ 07102-3777

6.  Susan Garcia
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

7.  Susan Henriques
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

8.  Paul Arbadji, PT
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

9.  Thomas Virgilio, CRC
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

10. Nina Matias
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

11. Douglas Palmer, CRC
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

12. Gregg Schwartzkopf
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

13. Richard Day, MD
    Prudential Insurance Company of America
    751 Broad Street
    Newark, NJ 07102-3777

The above named individuals were involved in the handling of Plaintiff's disability claim as reflected in the attached administrative record.

**B.**    **Description of Documents and Tangible Things That Defendant May Use to Support Its Defenses**.

1.    Subjective Objective Analysis and Plan (SOAP NOTES).  These are notes regarding Ms. Kayea's disability claim.  Please see attached documents.

2.    Telephone Call Log.  This is the log of incoming and outgoing telephone calls regarding Ms. Kayea's disability claim.

3.    Various correspondence to and from Prudential to Joann Kayea, Brandywine School District, and medical providers. Please see attached documents.

4.    Plaintiff's Complaint and Attachments.  Please see attached documents.

5.    Medical records, notes, reports and correspondence from Dr. Buonocore.  Please see attached medical records.

6.    Medical records, notes, reports and correspondence from Dr. Savinese.  Please see attached medical records.

7.    Medical records, notes, reports and correspondence from Dr. Kim.  Please see attached medical records.

8.    Medical records, notes, reports and correspondence from Dr. Bonner.  Please see attached medical records.

9.    Supplementary Claimant Statement.  Please see attached records.

10.    Vocational Rehabilitation Education and Employment History Form.  Please see attached records.

11.    Prudential Financial Group Disability Insurance – Attending Physician's Statement (2003 and 2005).  Please see attached documents.

12.    Group Disability Insurance Employer Statement.  Please see attached documents.

13.    Group Disability Employee Statement.  Please see attached documents.

14.    Pension Approval.  Please see attached documents.

15.    Functional Capacity Evaluation.  Please see attached documents.

16.    Job Description.  Please see attached documents.

**C.**    **Identification of Relevant Insurance Contracts**

1.    Please see attached Group Contact DG-77048-DE and Long Term Disability Plan issued to Consolidated School Districts.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

Megan Harper, Esquire
DE Attorney I.D. No. 4103
The Curtis Center, Suite 1130E
Philadelphia, Pa 19106
215-627-6900
Attorney for Defendant
The Prudential Insurance Company of
America

Date: May 15, 2007