IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign company, | * | |
| | * | |
| Defendant. | * | |

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Plaintiff Joann Kayea, by and through her attorneys, Schmittinger and Rodriguez, P.A., hereby discloses the information required by Fed. R. Civ. P. 26(a)(1) to Defendants as follows:

I. **Individuals likely to have discoverable information that Plaintiff may use to support her claims or defenses:**

The following are individuals likely to have discoverable information that Plaintiff may use to support her claims, but not solely for impeachment,

1. Plaintiff Joann Kayea;

2. Glenn Kayea, Plaintiff's spouse;

3. James Bonner, M.D. of Physical Therapy Physicians;

4. Richard Buonocore, M.D. and Vidyadhar Chitale, M.D. of Neurosurgical Practice Associates;

     5.     Stanley Savinese, D.O. of Crozer-Keystone Health System;

     6.     Physicians and other employees of PRO Physical Therapy.

**II.    Description of documents, data compilations, and tangible things that are in the possession, custody, or control of Plaintiff that she may use to support her claims or defenses:**

The following are the documents, data compilations, and tangible things in the possession, custody, or control of Plaintiff that Plaintiff may use to support her claims (but not solely for impeachment) that have not been previously produced in any Pleadings or Briefing papers:

     1.     Medical records from Plaintiff's treating physicians;

     2.     Medical bills from Plaintiff's treating physician;

     3.     Correspondence between client and State of Delaware State Board of Pension Trustees and Office of Pensions;

     4.     Correspondence between Prudential Financial and Plaintiff.

**III.    Computation of Categories of Damages:**

The categories of damages claimed by Plaintiff are as set forth in Plaintiff's Complaint. Said damages are not subject to quantification at this point. Pecuniary damages, including future losses, will be evaluated and analyzed. When this process is completed, the particulars of the loss will be provided to Defendant.

**IV.    Insurance:**

Pursuant to Fed. R. Civ. P. 16(a) (1) (D), Plaintiff has no known insurance.

                                               SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
     WILLIAM D. FLETCHER, JR.
     Bar I.D. No. 362

BY: _____
     NOEL PRIMOS
     Bar I.D. No. 3124
     414 S. State Street
     P.O. Box 497
     Dover, DE 19903-0497
     (302) 674-0140
     Attorneys for Plaintiff

Dated: 6/8/07
WDF/ljo

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

to be served upon:

> Megan Harper, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker LLP
> The Curtis Center, Suite 1130 East
> Independence Square West
> Philadelphia, PA 19106

by mailing copies to the address shown above, postage prepaid on _June 8, 2007_.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _/s/ William D. Fletcher, Jr._
WILLIAM D. FLETCHER, JR.
I.D. # 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

DATED: 6/8/07
WDF/ljo