## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF SERVICE

to be served upon:

    Megan Harper, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    The Curtis Center, Suite 1130 East
    Independence Square West
    Philadelphia, PA 19106

by mailing copies to the address shown above, postage prepaid on  Sept. 19, 2007  .

                                SCHMITTINGER & RODRIGUEZ, P.A.

                                BY: _____
                                    WILLIAM D. FLETCHER, JR.
                                    I.D. # 362
                                    414 S. State Street
                                    P.O. Box 497
                                    Dover, DE 19903-0497
                                    (302) 674-0140
                                    Attorneys for Plaintiff

DATED: 9/19/07
WDF/ljo

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | NOTICE OF SERVICE |
| company, | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT**

to be served upon:

>Megan Harper, Esq.
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>The Curtis Center, Suite 1130 East
>Independence Square West
>Philadelphia, PA 19106

by mailing copies at the address shown above, postage prepaid on _Sept. 19_, 2007.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: _____
>WILLIAM D. FLETCHER, JR.
>Bar I.D. # 362
>414 South State Street
>P.O. Box 497
>Dover, DE 19903
>Attorneys for Plaintiff

Dated: 9/19/07
WDF/ljo