**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**Rule 16 Proposed Pretrial Scheduling Order**

to be served upon:

Helen C. Lee, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308

Megan Harper, Esq.
The Curtis Center, Suite 1130E
Philadelphia, PA 19106

by mailing copies and by e-filing at the address shown above, postage prepaid on 12/17/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
(Bar ID # 362)
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiffs

DATED: 12/17/07
/dms