IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 07-092 (JJF) |
| | * | |
| v. | * | |
| | * | TRIAL BY JURY DEMANDED |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign company, | * | |
| | * | **STIPULATION** |
| | * | |
| Defendant. | * | |

The parties hereby stipulate and agree to the following schedule for the filing of Memoranda of Points and Authorities:

| | |
|---|---|
| Opening Memorandum of Points and Authorities of Plaintiff | already filed |
| Answering Memorandum of Points and Authorities of Defendant | 2/22/08 |
| Reply Memorandum of Points and Authorities of Plaintiff | 2/29/08 |

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY:   /s/ Megan N. Harper
      MEGAN N. HARPER
      BAR ID #4103
      The Curtis Center
      Suite 1130E
      Philadelphia, PA 19106
      Attorneys for Defendant

SCHMITTINGER & RODRIGUEZ, P.A.

BY:   /s/ William D. Fletcher, Jr.
      WILLIAM D. FLETCHER, JR.
      Bar ID #362

BY:   /s/ Noel E. Primos
      NOEL E. PRIMOS
      Bar ID #3124
      414 S. State Street
      P.O. Box 497
      Dover, DE 19903
      Attorneys for Plaintiff

DATED: 2/8/08
WDF/NEP/ljo

DATED: 2/8/08

It is so ordered on this ____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## STIPULATION

to be served upon:

Helen C. Lee, Esq.
Megan Harper, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308

by mailing copies and by e-filing at the address shown above, postage prepaid on 2/8/08.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ Noel E. Primos
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 2/8/08
WDF/NEP/ljo