IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOANN KAYEA, | : |
| | : |
| Plaintiff, | : C.A. No. 07-092 (JJF) |
| | : |
| v. | : |
| | : TRIAL BY JURY OF DEMANDED |
| THE PRUDENTIAL INSURANCE | : |
| COMPANY OF AMERICA, | : **AMENDED STIPULATION** |
| | : |
| Defendant. | : |

The parties hereby stipulate and agree to the following amended schedule for the filing of Memoranda of Points and Authorities with respect to the Plaintiff's Motion for Leave to Amend the Complaint:

| | |
|---|---|
| Opening Memorandum of Points and Authorities of Plaintiff | already filed |
| Answering Memorandum of Points and Authorities of Defendant | 2/29/08 |
| Reply Memorandum of Points and Authorities of Plaintiff | 3/7/08 |

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | SCHMITTINGER & RODRIGUEZ, P.A. |
|---|---|
| BY: /s/ Megan N. Harper<br>Megan Harper, Esquire (No. 4103)<br>The Curtis Center, Suite 1130 East<br>Independence Square West<br>Philadelphia, PA 19106<br>Attorneys for Defendant | BY: /s/ William D. Fletcher, Jr.<br>William D. Fletcher, Jr. (No. 362)<br>Noel E. Primos (No. 3124)<br>414 S. State Street<br>P.O. Box 497<br>Dover, DE 19903<br>Attorneys for Plaintiff |
| DATED: 2/21/08 | DATED: 2/21/08 |

It is so ordered on this _____ day of _____, 2008

_____
The Honorable Joseph J. Farnan, Jr.

291718.1