IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA | : | CIVIL ACTION |
|         Plaintiff, | : | |
| v. | : | |
| | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA | : | |
|         Defendant. | : | NO: 07-92 (JJF) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND

Defendant Prudential Insurance Company of America ("Prudential"), by its undersigned attorneys, responds as follows to plaintiff's motion to amend:

1. It is admitted only that the long term disability plan at issue, G-77048, is a "governmental plan" under the Employee Retirement Income Security Act ("ERISA") and is therefore exempt from coverage under ERISA. 29 U.S.C. §1003 (b)(1).

2. Denied. As the parties agree that this plan is not subject to ERISA, Prudential requests that all of plaintiff's allegations relating to ERISA be stricken from the Amended Complaint.

3. Admitted.

4-5. The attachment is a document which speaks for itself. By way of further response, Prudential requests that all of plaintiff's allegations relating to ERISA be stricken from the Amended Complaint as the parties are in agreement that the group plan at issue is not subject to ERISA.

Respectfully submitted,

BY: _____
Megan Harper, Esquire
Attorney I.D. No. 4103
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, PA 19106
(215) 627-6900
Attorney for Defendant
The Prudential Insurance Company of America

293017.1

## CERTIFICATE OF SERVICE

I, Megan Harper, attorney for Defendant The Prudential Insurance Company of America hereby certify that a true and correct copy of the within Response to Plaintiff's Motion to Amend was served on February 29, 2008 by first class mail to:

SCHMITTINGER AND RODRIGUEZ, P.A.
William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
*Attorneys for Plaintiff*

Megan Harper, Esquire

293017.1