IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No.: 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | **TRIAL BY JURY DEMANDED** |
| company, | * | |
| | * | |
| Defendant. | * | |

### REPLY MEMORANDUM OF POINTS AND AUTHORITIES

COMES NOW, Plaintiff Joann Kayea, by and through her attorneys, Schmittinger and Rodriguez, P.A., and hereby submits this Reply Memorandum of Points and Authorities in support of her Motion to Amend:

1. Plaintiff filed a Motion to Amend the Complaint on January 29, 2008, with a supporting Memorandum of Points and Authorities.

2. Plaintiff originally filed the instant action in February 2007 to redress the denial to her by Defendant of long-term disability benefits, to which Plaintiff was entitled under a group benefits plan ("the Plan") obtained through her employment with the Brandywine School District.

3. At the time she filed her Complaint, Plaintiff believed the Plan to be an "employee welfare benefit plan" pursuant to 29 U.S.C. §1002(1), and therefore governed by the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

4. Through its Motion to Amend, Plaintiff seeks to plead alternatively (1) that the instant action is governed by ERISA

because the Plan is an "employee welfare benefits plan" pursuant
to 29 U.S.C. §1002(1), and (2) that the instant action is not
governed by ERISA because the Plan is a "governmental plan"
pursuant to 29 U.S.C. §1003(b)(1).

    5.    Defendant the Prudential Insurance Company of America
filed a Response to Plaintiff's Motion to Amend on February 29,
2008.

    6.    In its Response, Defendant has offered no opposition to
Plaintiff's Motion to Amend, conceding that the Plan is a
"governmental plan" as defined by ERISA.

    7.    Defendant has also requested in its Response that the
ERISA claims be stricken from the Amended Complaint.  Plaintiff
objects, however, that striking Plaintiff's ERISA claims from the
Amended Complaint would be inappropriate at this juncture of the
action, for the following reasons:

    (a)    What is before the Court is a Motion to Amend in
which Plaintiff has requested an amendment of the Complaint that
would allow her to plead her ERISA claims and her state law claims
alternatively, and because Defendant is offering no opposition to
that motion, Plaintiff's Motion to Amend should be granted and the
Complaint amended as requested.

    (b)    Whether the Plan is a "governmental plan" as
defined by ERISA is a matter of subject matter jurisdiction and
should not be determined by the Court at this juncture.  Rather,
the parties should be permitted to pursue discovery, and at the
close of discovery, Defendant may, if appropriate, request summary
judgment on Plaintiff's ERISA claims.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend the Complaint in the form requested, and that the proposed Amended Complaint, filed with Plaintiff's Motion to Amend as Exhibit "B" to that Motion, be docketed in this action.

Respectfully submitted,

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
    WILLIAM D. FLETCHER, JR.
    Bar I.D. #362

BY: _____
    NOEL E. PRIMOS, ESQUIRE
    Bar I.D. #3124
    414 S. State Street
    P.O. Box 497
    Dover, DE    19903
    (302) 674-0140
    Attorneys for Plaintiff

DATED: 3-7-08
NEP:pmw

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOANN KAYEA,                         \*
                                     \*
            Plaintiff,               \*
                                     \*
    v.                               \*    C.A. No.: 07-092 (JJF)
                                     \*
THE PRUDENTIAL INSURANCE             \*
COMPANY OF AMERICA, a foreign        \*    **TRIAL BY JURY DEMANDED**
company,                             \*
                                     \*
            Defendant.               \*

**ORDER**

This _____ day of _____, 2008, the Court having considered Plaintiff's Motion to Amend and Defendant's response thereto, and said Motion being well-taken,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend is granted and that the Amended Complaint attached as Exhibit "B" to Plaintiff's Motion be docketed in this action.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No.: 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | **TRIAL BY JURY DEMANDED** |
| company, | * | |
| | * | |
| Defendant. | * | |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES**

COMES NOW, Plaintiff Joann Kayea, by and through her attorneys, Schmittinger and Rodriguez, P.A., and hereby submits this Reply Memorandum of Points and Authorities in support of her Motion to Amend:

1. Plaintiff filed a Motion to Amend the Complaint on January 29, 2008, with a supporting Memorandum of Points and Authorities.

2. Plaintiff originally filed the instant action in February 2007 to redress the denial to her by Defendant of long-term disability benefits, to which Plaintiff was entitled under a group benefits plan ("the Plan") obtained through her employment with the Brandywine School District.

3. At the time she filed her Complaint, Plaintiff believed the Plan to be an "employee welfare benefit plan" pursuant to 29 U.S.C. §1002(1), and therefore governed by the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA").

4. Through its Motion to Amend, Plaintiff seeks to plead alternatively (1) that the instant action is governed by ERISA

because the Plan is an "employee welfare benefits plan" pursuant
to 29 U.S.C. §1002(1), and (2) that the instant action is not
governed by ERISA because the Plan is a "governmental plan"
pursuant to 29 U.S.C. §1003(b)(1).

    5.    Defendant the Prudential Insurance Company of America
filed a Response to Plaintiff's Motion to Amend on February 29,
2008.

    6.    In its Response, Defendant has offered no opposition to
Plaintiff's Motion to Amend, conceding that the Plan is a
"governmental plan" as defined by ERISA.

    7.    Defendant has also requested in its Response that the
ERISA claims be stricken from the Amended Complaint.  Plaintiff
objects, however, that striking Plaintiff's ERISA claims from the
Amended Complaint would be inappropriate at this juncture of the
action, for the following reasons:

    (a)  What is before the Court is a Motion to Amend in
which Plaintiff has requested an amendment of the Complaint that
would allow her to plead her ERISA claims and her state law claims
alternatively, and because Defendant is offering no opposition to
that motion, Plaintiff's Motion to Amend should be granted and the
Complaint amended as requested.

    (b)  Whether the Plan is a "governmental plan" as
defined by ERISA is a matter of subject matter jurisdiction and
should not be determined by the Court at this juncture.  Rather,
the parties should be permitted to pursue discovery, and at the
close of discovery, Defendant may, if appropriate, request summary
judgment on Plaintiff's ERISA claims.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend the Complaint in the form requested, and that the proposed Amended Complaint, filed with Plaintiff's Motion to Amend as Exhibit "B" to that Motion, be docketed in this action.

Respectfully submitted,

SCHMITTINGER & RODRIQUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. #362

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE    19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 3-7-08
NEP:pmw

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No.: 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | **TRIAL BY JURY DEMANDED** |
| company, | * | |
| | * | |
| Defendant. | * | |

## ORDER

This _____ day of _____, 2008, the Court having considered Plaintiff's Motion to Amend and Defendant's response thereto, and said Motion being well-taken,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion to Amend is granted and that the Amended Complaint attached as Exhibit "B" to Plaintiff's Motion be docketed in this action.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

### REPLY MEMORANDUM OF POINTS AND AUTHORITIES
and
### ORDER

to be served upon:    MEGAN N. HARPER, ESQUIRE
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
The Curtis Center, Suite 1130E
Independence Square West
Philadelphia, Pennsylvania 19106-3308


by sending copies to her via electronic service on:
___March 7_____, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. #362


BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 3-7-08
NEP:pmw