IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOANN KAYEA,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendant. | CIVIL ACTION<br>NO: 07-92 (JJF) |

## SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware please enter the appearances of Darryl A. Parson, Esquire and David P. Primack, Esquire of Drinker Biddle & Reath LLP as substitute counsel for Defendant The Prudential Insurance Company of America in the above-captioned matter.

In addition, please withdraw the appearance of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP as counsel for Defendant The Prudential Insurance Company of America in the above-captioned matter.

/s/ Darryl A. Parson
Darryl A. Parson (I.D. No. 4134)
David P. Primack (I.D. No. 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street
Suite 1000
Wilmington, DE 19801-1254
Phone: (302) 467-4220
Fax: (302) 467-4201
E-mail: Darryl.Parson@dbr.com

Dated: March 21, 2008

/s/ Megan Harper
Megan Harper (I.D. No. 4103)
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER, LLP
The Curtis Center, Suite 1130 East
Independence Square West
Philadelphia, Pennsylvania 19106

Withdrawing Attorneys

Dated: March 24, 2008

PHLIT\702500\1

## CERTIFICATE OF SERVICE

I, David P. Primack, certify that I served the foregoing Substitution of Counsel upon counsel at the address shown below by electronic service.

William D Fletcher, Jr
SCHMITTINGER & RODRIGUEZ, P.A.
414 S State St
PO Box 497
Dover, DE 19903
Phone: (302) 674-0140
Email: Wfletcher@schmittrod.com

Dated: March 24, 2008         /s/ David P. Primack
                                  David P. Primack