IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 07-092 (JJF) |
| | * | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign company, | * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendant. | * | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

### AMENDED COMPLAINT

to be served upon:

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE   19801-1254

by sending copies to him via first class mail and electronic service on May 1, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
   WILLIAM D. FLETCHER, JR.
   Bar I.D. #362
   414 S. State Street
   P.O. Box 497
   Dover, DE   19903
   (302) 674-0140
   Attorneys for Plaintiff

DATED: 5/1/08
WDF/ljo