IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOANN KAYEA, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-092 (JJF) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign company, | : |
| Defendant. | : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Seth Ptasiewicz, of the law firm Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103 to represent the defendant in this matter.

Dated: May 7, 2008

/s/ David P. Primack
David P. Primack (DE Bar No. 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____

_____
Judge Joseph J. Farnan, Jr.

WM\8287\1

## COUNSEL'S CERTIFICATION TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of New Jersey, the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey, and the Second and Third Circuit Courts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 5, 2008

Seth Ptasiewicz
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5405
Facsimile: (877) 432-9652
sptasiewicz@morganlewis.com