LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR.
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR.
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
KYLE KEMMER
KATHRYN J. GARRISON
ERIN K. FITZGERALD
KRISTI N. VITOLA
B. BRIAN BRITTINGHAM

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
1928 - 2008

MICHELE PROCINO-WELLS
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
18489 COASTAL HIGHWAY, 2ND FLR
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

MIDDLETOWN OFFICE
651 N. BROAD STREET, STE 104
MIDDLETOWN, DELAWARE 19709
TELEPHONE 302-378-1697
FAX 302-378-1659

May 15, 2008


The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street, Lock Box 27
Wilmington, DE 19801


**VIA Electronic Filing**

RE: <u>Kayea v. Prudential Insurance Company of America</u>
    C.A. No. 07-092 (JJF)

Dear Judge Farnan:

The Court issued its Opinion and Order granting Plaintiff's Motion to Amend on April 28, 2008. With the permitted amendment to allow non-ERISA claims, the scope of discovery has significantly expanded. Accordingly, the parties wish to jointly request that the written discovery deadline, as well as subsequent deadlines, be extended by approximately 90 days. Attached is a stipulation to that effect, which the parties respectfully request that Your Honor approve.

Thank you for your consideration of this request.

Very Truly Yours,

NOEL E. PRIMOS
Bar I.D. # 3124

Attachment

cc: David P. Primack, Esquire
    Seth Ptasiewicz, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | C.A. No. 07-092 (JJF) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | |
| company, | * | |
| | * | |
| Defendant. | * | |

**STIPULATION TO AMEND SCHEDULING ORDER**

The parties stipulate that the following paragraphs of the Scheduling Order be hereby modified, provided that the Court approves:

3. **Discovery**.

(a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by September 29, 2008.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by October 28, 2008, from the defendant by November 28, 2008.

6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 30, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A. | DRINKER BIDDLE & REATH LLP |
| BY: /s/ Noel E. Primos<br>     NOEL E. PRIMOS<br>     Bar I.D. No. 3124<br>     414 S. State Street<br>     P.O. Box 497<br>     Dover, DE 19903-0497<br>     (302) 674-0140<br>     Attorneys for Plaintiff | BY: /s/ David P. Primack<br>     DAVID P. PRIMACK<br>     Bar I.D. No. 4449<br>     1100 N. Market Street<br>     Suite 1000<br>     Wilmington, DE 19801-1243<br>     (302) 467-4200<br>     Attorneys for Defendant |

IT IS SO ORDERED THIS _____ DAY OF _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**STIPULATION TO AMEND SCHEDULING ORDER**

to be served upon:

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

by sending copies to him via electronic service on May __15__, 2008.

                                          SCHMITTINGER & RODRIGUEZ, P.A.

                                          BY: /s/ Noel E. Primos
                                                NOEL E. PRIMOS
                                                Bar I.D. No. 3124
                                                414 S. State Street
                                                P.O. Box 497
                                                Dover, DE 19903-0497
                                                (302) 674-0140
                                                Attorneys for Plaintiff

DATED: 5-15-08
NEP/ljo