IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOANN KAYEA,<br><br>     Plaintiff,<br> v.<br>THE PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA, a foreign company,<br><br>     Defendant. | Case No. C.A. No. 07-092<br>(JJF) |

**NOTICE OF SERVICE**

 I hereby certify that Defendant's Answers to Plaintiff's First Set of Interrogatories was served via overnight mail and facsimile transmission on this date upon:

Noel E. Primos, Esq.
Schmittinger and Rodriquez, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19901

Dated: May 30, 2008

               _____
               David P. Primack (4449)
               Drinker, Biddle & Reath LLP
               1100 N. Market Street
               Suite 1000
               Wilmington, Delaware 19801-1254
               Telephone: 302.467.4200
               Facsimile: 302.467.4201

               Attorney for Defendant The
               Prudential Insurance Company
               of America, a foreign
               corporation