IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOANN KAYEA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-92 JJF |
| | : |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign company, | : |
| | : |
| Defendant. | : |

**O R D E R**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered an Amended Rule 16 Scheduling Order in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, April 9, 2009 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

June 27, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE