IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANNE KAYEA, | * | C.A. No. 07-092 (JJF) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | |
| company, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused a copy of the following:

### PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

to be served upon:

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

by sending a copy to him via first class mail on July ___, 2008.

                                    SCHMITTINGER AND RODRIGUEZ, P.A.

                                    BY: /s/ William D. Fletcher, Jr.
                                    WILLIAM D. FLETCHER, JR., ESQ.
                                    Bar I.D. No. 362
                                    414 South State Street
                                    P.O. Box 497
                                    Dover, Delaware 19903-0497

WDF/ljo                                    (302) 674-0140
DATED: 07-28-2008                     Attorneys for Plaintiff