**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOANNE KAYEA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 07-092-JJF |
| | ) |
| THE PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, a foreign | ) |
| corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION**

TO: William D. Fletcher, Jr. Esq.
Noel E. Primos, Esq.
Schmittinger and Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, Delaware 19903-0497

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Joanne Kayea, on Tuesday, August 19th, 2008, beginning at 10:00 a.m., at the offices of Schmittinger and Rodriguez, Christiana Executive Campus, 220 Continental Drive, Suite 203, Newark, Delaware 19713. This deposition will be recorded and transcribed by stenographic means before a notary public or officer authorized by law to take deposition.

Dated: July 30, 2008

                                          /s/ David P. Primack
                                 David P. Primack (DE 4449)
                                 Drinker Biddle & Reath LLP
                                 1100 North Market Street, Suite 1000
                                 Wilmington, DE 19801-1254
                                 Telephone: (302) 467-4224

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOANNE KAYEA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. NO. 07-092-JJF |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, a foreign | ) | |
| corporation, | ) | |
| | ) | |
| Defendant. | | |

**CERTIFICATE OF SERVICE**

I, David P. Primack, hereby certify that on July 30, 2008, I caused to be served a true and correct copy of the **Notice of Deposition** on the following as indicated:

**Via ECF and First Class Mail**
William D. Fletcher, Jr. Esq.
Noel E. Primos, Esq.
Schmittinger and Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, Delaware 19903-0497


Dated: July 30, 2008                    /s/ David P. Primack
                                        David P. Primack (DE 4449)
                                        Drinker Biddle & Reath LLP
                                        1100 North Market Street, Suite 1000
                                        Wilmington, DE  19801-1254
                                        Telephone: (302) 467-4224