IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANNE KAYEA, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 07-092 (JJF) |
| | * | |
| v. | * | |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | |
| company, | * | |
| | * | |
| Defendant. | * | |

**<u>RE-NOTICE OF DEPOSITION</u>**

TO: Seth Ptasiewicz, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

PLEASE TAKE NOTICE that the undersigned will take the telephone deposition of Byron G. Saavedra on Wednesday, August 20, 2008 at 10:00 a.m. Mr. Saavedra will give his deposition at Executive Office Center, 477 Congress Street, 5th Floor, Portland, Maine, 04101. The undersigned will be present at the offices of Schmittinger and Rodriguez, P.A., 414 South State Street, Dover, Delaware, 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar I.D. No. 362

BY: /s/ Noel E. Primos by WDF
Noel E. Primos
Bar I.D. No. 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorneys for Plaintiff

Dated:
WDF/ljo
cc: Downing & Peters Reporting Asst. via email

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that I have caused copies of the following:

<b><u>RE-NOTICE OF DEPOSITION</u></b>

to be served upon:

Seth Ptasiewicz, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

by mailing a copy to him at the address listed above, postage prepaid on  8/6/08  .

and upon:

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

by e-filing a copy to him at the address listed above, post prepaid on  8/6/08  .

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 8/6/08
WDF/ljo