IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANNE KAYEA, | * | C.A. No. 07-092 (JJF) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | E-FILED |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | |
| company, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused a copy of the following:

### PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT

to be served upon:

Seth Ptasiewicz, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

by mailing a copy to him at the address listed above, postage prepaid on 8/8/08

and upon:

David Phillip Primack, Esquire
Drinker, Biddle & Reath, LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

by e-filing a copy to him at the address listed above, post prepaid on 8/8/08.

E-FILED

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 9/8/08
WDF/NEP/ljo