IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOANN KAYEA, | * | C.A. No. 07-092 (JJF) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| THE PRUDENTIAL INSURANCE | * | |
| COMPANY OF AMERICA, a foreign | * | |
| company, | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES ASSESSED AGAINST ANY PARTY

It is hereby stipulated by and between the parties that this matter is dismissed with prejudice and without costs or attorneys' fees assessed against any party.

SCHMITTINGER & RODRIGUEZ, P.A.        DRINKER BIDDLE & REATH LLP

BY: /s/ Noel E. Primos                BY: /s/ David P. Primack
    NOEL E. PRIMOS                        DAVID P. PRIMACK
    Bar I.D. No. 3124                     Bar I.D. No. 4449
    414 S. State Street                   1100 N. Market Street
    P.O. Box 497                          Suite 1000
    Dover, DE 19903-0497                  Wilmington, DE 19801-1243
    (302) 674-0140                        (302) 467-4200
    Attorneys for Plaintiff               Attorneys for Defendant

DB1/62061029.1

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused copies of the foregoing Stipulation of Dismissal to be served upon:

Noel E. Primos, Esq.
Schmittinger & Rodriguez, P.A.
414 S. State Street
Dover, Delaware 19903

by sending copies to him via electronic service on September 5, 2008.

                              DRINKER, BIDDLE & REATH, LLP

                              BY: /s/David P. Primack
                                  DAVID P. PRIMACK, ESQUIRE
                                  Bar I.D. No. 4449
                                  Drinker, Biddle & Reath, LLP
                                  1100 N. Market Street,
                                  Suite 1000
                                  Wilmington, DE   19801-1254
                                  (302) 467-4200

NEP/ljo